# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 FEB -1  AM 9: 42

## SOUTHERN DISTRICT OF GEORGIA

CLERK ___
SO. DIST. OF GA.

### SAVANNAH DIVISION

| | | |
|---|---|---|
| ROOSEVELT J.L. BURGESS, III, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV405-211 |
| | ) | [Underlying CR493-205] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this _1_ day of ___Feb.___, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA