# United States District Court
# Southern District of Georgia
# Savannah Division

ROOSEVELT J. LOUICE BURGESS, )
        )
   Movant, )
        )
v. )   CV416-147
        )   CR493-205
UNITED STATES OF AMERICA, )
        )
   Respondent. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge, dkt. no. 14, is **ADOPTED** as the opinion of the Court. Movant's resentencing hearing shall be scheduled forthwith in a subsequent order.

**SO ORDERED**, this 29 day of June, 2017.

_____
LISA GODBEY WOOD, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA